KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Bryan.Wilson@usdoj.gov

Attorney for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALVIN KENNEDY and ELIEZER FELICIANO,<br><br>              Plaintiffs,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>              Defendant. | Case No. 3:17-mc-<br><br>**NOTICE OF REMOVAL OF SUBPOENA TO APPEAR FOR UNITED STATES ATTORNEY KAREN L. LOEFFLER** |

The United States, through counsel, notifies this Court of the removal of the Subpoena to Appear issued to United States Attorney Karen L. Loeffler issued by the Superior Court for the State of Alaska in the civil case of *Kennedy and Feliciano v. Municipality of Anchorage*, Case No. 3AN-10-8665 Civil. This notice is based upon the following:

1. *Kennedy and Feliciano v. Municipality of Anchorage* is a civil case which was filed in Alaska state court in 2010. Neither the United States nor any of its officers or employees is a party to the action.

2. In the suit Kennedy and Feliciano have sued the Municipality of Anchorage alleging that they were discriminated against during their employment with the Anchorage Police Department. Both Plaintiffs were assigned to a task force composed of various state and federal law enforcement agencies. Cases developed by task force members were referred to the United States Attorney's Office for prosecution. Plaintiffs were regularly at the United States Attorney's Office and interacted with Assistant United States Attorneys (AUSAs) during investigations.

3. Plaintiffs allege that, as part of its discriminatory activities, the Anchorage Police Department attempted to create a federal criminal case against them regarding some of their work on the task force.

4. During discovery, both Plaintiffs and the Municipality sought federal records from several federal law enforcement agencies and deposition testimony of a number of federal law enforcement officers. The United States Attorney's Office received and approved formal requests for the documents and federal employees' testimony pursuant to 28 CFR Subpart B, Section 16 (*Touhy* regulations). In addition, Plaintiffs requested deposition testimony from Assistant United States Attorneys Frank Russo and Kelly Cavanaugh. Both were approved to testify pursuant to the *Touhy* regulations as well. No testimony was sought from USA Loeffler.

5. The case went to trial in early 2014 and, once again, *Touhy* requests were received and approved for the federal law enforcement officers and AUSAs Russo and Cavanaugh. Once again, no testimony was sought for USA Loeffler.

6. At the conclusion of the trial, the jury apparently reached a verdict on several counts, but was unable to reach a verdict on at least one count. The case was re-set for trial to begin in February 2017.

7. On February 1, 2017, a subpoena for United States Attorney Loeffler was left at the front window of the United States Attorney's Office. *See* Exhibit A. Previously, the MOA had filed a *Touhy* request for the deposition testimony of USA Loeffler, but has not provided the clarification that this Office has requested.

8. The state court has not entered any order requiring USA Loeffler to appear and testify.

9. Because the testimony sought concerns the performance of USA Loeffler's official duties, removal is sought pursuant to 28 U.S.C. § 1442(a)(1). *See Arizona v. Manypenny,* 451 U.S. 232, 241 (1981); *Massock v. Superior Court*, 2000 WL 10240, *2-3 (N.D. Calif. 2000) (quashing subpoena of federal officer pursuant to *Touhy*).

RESPECTFULLY SUBMITTED this 14th day of February, 2017, in Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/Bryan Wilson
        Assistant U.S. Attorney
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2017,
a copy of the foregoing
was served electronically on:

Kenneth W. Legacki, Esq.
Linda J. Johnson

s/Bryan Wilson